Scottlynn J Hubbard, SBN 212970
Stephanie L. Ross, SBN 297840
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Nancy Farquhar

Joseph D. Zink, SBN 58726
**ZINK & LENZI**
250 Vallombrosa Avenue #175
Chico, CA 95926
Telephone: (530) 895-1234
Facsimile: (530) 895-1254
Email: chicolaw@zinkandlenzi.com

Attorneys for Plaintiff Nancy Farquhar

Bradley S. Thomas, SBN 789946
**THE THOMAS LAW FIRM**
1756 Picasso Avenue, Suite A
Davis, CA 95618
Telephone: (530) 757-0883
Facsimile: (530) 757-0895
Email: Brad@thomaslawca.com

Attorneys for Defendants and Third-Party Plaintiffs  FDM Community Services, Inc., dba Roseleaf  Gardens, David B. Kuperman and Floriedith S. Kuperman, Trustees of the 2014 David B. Kuperman and Floriedith S. Kuperman Revocable Trust

James W. Rushford, SBN 088739
**RUSHFORD & BONOTTO, LLP**
1010 Hurley Way, Suite 410
Sacramento, CA 95825
Telephone: (916) 565-0590
Facsimile: (916) 565-0599
Email: jrushford@rushfordbonotto.com

Attorneys for Third-Party Defendant
Door System Design, Inc. dba The Door Company

United States District Court

Eastern District of California

| | |
|---|---|
| Nancy Farquhar, | Case No. 2:15-cv-1850-JAM (CMK) |
| Plaintiff, | |
| v. | **Joint Stipulation for Dismissal and Order Thereon** |
| FDM Community Services, Inc. dba Roseleaf Gardens; David B. Kuperman, Trustee of the 2014 David B. Kuperman and Floriedith S. Kuperman Revocable Trust; Floriedith S. Kuperman, Trustee of the 2014 David B. Kuperman and Floriedith S. Kuperman Revocable Trust, | |
| Defendants. | |
| And Related Third-Party Complaint. | |

TO THE COURT AND ALL PARTIES:

Plaintiff Nancy Farquhar; Defendants and Third-Party Plaintiffs FDM Community Services, Inc., dba Roseleaf Gardens; David B. Kuperman and Floriedith S. Kuperman, Trustees of the 2014 David B. Kuperman and Floriedith S. Kuperman Revocable Trust; and Third-Party Defendant Door System Design, Inc. dba The Door Company, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint and the related third-party complaint in this action in their entirety pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear their own attorney's fees and costs.

Dated: May 31, 2017            DISABLED ADVOCACY GROUP, APLC

                                              */s/  Scottlynn J Hubbard*
                                              Scottlynn J Hubbard
                                              Attorneys for Plaintiff Nancy Farquhar

Dated: May 31, 2017            THE THOMAS LAW FIRM

                                              */s/  Bradley S. Thomas*
                                              Bradley S. Thomas
                                              Attorneys for Defendants and Third-Party
                                              Plaintiffs FDM Community Services, Inc., dba
                                              Roseleaf Gardens, David BKuperman and
                                              Floriedith S. Kuperman, Trustees of the 2014
                                              David B. Kuperman and Floriedith S.
                                              Kuperman Revocable Trust

Dated: May 31, 2017            RUSHFORD & BONOTTO, LLP

                                              */s/  James W. Rushford*
                                              James W. Rushford
                                              Attorneys for Third-Party Defendant Door
                                              System Design, Inc. dba The Door Company

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff and the related third-party complaint regarding USDC Case No. 2:15-cv-1850-JAM (CMK) are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: 6/9/2017

/s/ John A. Mendez_____
United States District Court Judge